**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| RAFAEL OSCAR MARTINEZ DEL VALLE, | Civil No. 2013-24 |
| Plaintiff(s), | |
| v. | |
| OFFICEMAX NORTH AMERICA, INC, | |
| Defendant(s). | JURY TRIAL DEMANDED |

## MOTION TO CONTINUE HEARING

**COMES NOW** Plaintiff, by and through undersigned counsel, and respectfully requests this Court for an order continuing the January 27, 2014, 10:00 a.m., hearing on the Motion to Disqualify Counsel  scheduled by Order dated January 15, 2014 (Doc. No. 257).  As grounds for this request, Plaintiff states that Attorney Lee Rohn is currently scheduled for a final pretrial hearing before Judge Dunston in the matter of *Thomas v. Berry*, Superior Court No. 2008/79 at 10:30 a.m. on January 27, 2014.  That hearing involves five attorneys.  Attorney Rohn leaves St. Thomas at 2:45 p.m. on January 27, 2014, for Illinois to begin two weeks of depositions in the consolidated matters of *Serrano, et al v. OfficeMax*, District Court No. 2013/34 and this matter.  Further, Plaintiff advises the Court that no other attorneys are available to attend this hearing as Attorney Rohn is the trial attorney in this matter and will be presenting evidence at the disqualification hearing.

**LEE J. ROHN AND ASSOCIATES, LLC**
1101 King Street
Christiansted
VI 00820-4933
Tel:  340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

**Oscar Martinez Del Valle v. Office Max,** Civil No. 2013-24
**MOTION TO CONTINUE HEARING**
Page 2

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff(s)

DATED:  January 16, 2014                    BY:   s/ *Lee J. Rohn*
                                                  Lee J. Rohn, Esq.
                                                  VI Bar No. 52
                                                  1101 King Street
                                                  Christiansted, St. Croix
                                                  U.S. Virgin Islands 00820
                                                  Telephone: (340) 778-8855
                                                  Fax: (340) 773-2954

**Oscar Martinez Del Valle v. Office Max,** Civil No. 2013-24
**MOTION TO CONTINUE HEARING**
Page 3

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on January 16, 2014, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Charles E. Engeman, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI  00802
Email                              Address:
charles.engeman@odnss.com
    Attorney For: Defendant

John Byron Flood, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1909 K Street, NW
Suite 1000
Washington, DC  20006
Email                              Address:
john.flood@ogletreedeakins.com
    Attorney For: Defendant

Micol L. Morgan, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart
The Tunick Bldg.
1336 Beltjen Road, Suite 201
St. Thomas, VI  00802
Email                              Address:
Micol.Morgan@ogletreedeakins.com
    Attorney For: Defendant

BY:  ___s/ *Lee J. Rohn*_____ (jg)

**Oscar Martinez Del Valle v. Office Max,** Civil No. 2013-24
**MOTION TO CONTINUE HEARING**
Page 4